# THE LAW OFFICES OF WARDELL HUFF, PLLC

Atlantic Region Offices Serving Washington DC, Maryland, Virginia
New Jersey, New York, Pennsylvania, Massachusetts
Principal Attorney
Wardell Huff, Esq., Admitted in NJ, NY, NY, DC, (U.S. Bankruptcy Court, District of MD)
Wardell@WHuffLaw.com, Extension 101

MEMORANDUM TO COURT

Re:  Order To Show Cause
     Angela Flemons et al. v. JP Morgan Chase Bank, N.A.
     Civil Action No. ELH-14-1616

To This Honorable Court:

   Counsel first apologizes to this Honorable Court as counsel acknowledges that the deadline to respond to the above-mentioned Show Cause was November 10, 2014. Counsel prays that this court will nevertheless consider counsel's response.

   In response the Court's question as to how plaintiffs are clients of the Hoffman Law Group, it is counsel's understanding from conversations with the Receiver, Mark Bernett who has been assigned to investigate alleged wrongdoings of The Hoffman Law Group, P.A. (hereinafter referred to as "HLG"), that the clients named in the lawsuit were originally retained by HGL. In addition, counsel has had conversations with several of the Plaintiffs who also maintain they were clients of HLG. Apparently, The Law offices of Yariv Katz, P.C. and The Law Offices of Michael E. Herkowitz had an "of counsel" relationship with HLG. The aforementioned law firms then contacted counsel to file lawsuit and enter an appearance.

   Since learning of the investigation and shutdown of HLG, counsel has been working with many of the Plaintiffs and all work has been on a pro-bono basis to facilitate their pursuit of loan modifications or other options. In the overwhelming majority of instances a loan modification is essentially what each plaintiff wants. Counsel is not a litigator and only accepted this case with the understanding that complete litigation support would be provided by The Law offices of Yariv Katz, P.C. and The Law Offices of Michael E. Herkowitz. However, since the shutdown of HLG, although the aforementioned firms have provided relevant information regarding this matter, they have refused to provide litigation support to counsel. To counsel's knowledge the only assistance they have provided to any of the Plaintiffs named in the suit is to refer them to The Law Offices of Wardell Huff, PLLC. As a result, as stated previously, counsel has been reaching out to the Plaintiffs to assist them in pursuit of their loan modifications and other options. Opposing counsel for the Defendant has been cooperating with counsel to facilitate the various loan modification requests and a good working relationship has developed.

   However, counsel did previously request that this Court stay the proceedings because in counsel's opinion, the result of the Florida lawsuit against HLG would have an impact on whether or not this present lawsuit would be pursued. In addition, it would provide an extended period of time for any Plaintiffs that would like to hire new counsel. However, counsel recognizes the Court's patience in this matter and that the Court may disagree and instead choose to dismiss this case.

      Due to the informal nature of Court's Memorandum, counsel has assumed an informal response is acceptable. However, should this Honorable Court disagree counsel will submit response in the form of a Motion or any other manner as directed by this Court.

| | |
|---|---|
| November 11, 2014 | Respectfully,<br>/s/Wardell Huff, Esq.<br>Wardell Huff, Esq., Of Counsel<br>The Law Office of Yariv Katz, P.C.<br>543 Main Street, Suite 301<br>New Rochelle, New York 10801<br><br>Mailing Address<br>15 East Market Street # 6072<br>Leesburg, VA 20178 |